## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Robert M. Levy                    DATE: 7/22/2023

DOCKET NUMBER: 23 MJ 663                             LOG #: 12:45 p.m. - 1:25 p.m.

DEFENDANT'S NAME: Su Zuqi
  _X_ Present    ___ Not Present    _X_ Custody    ___ Bail

DEFENSE COUNSEL: Jeff Dahlberg
  _X_ Federal Defender    ___ CJA    ___ Retained

A.U.S.A: Gil Rein                                    CLERK: Allison Marculitis

INTERPRETER: Way Ping Moy          (Language) Mandarin

_X_ Defendant arraigned on the: ___ indictment  ___ superseding indictment  _X_ complaint

____ Defendant pleads NOT GUILTY to ALL counts.

____ DETENTION HEARING Held.    _X_ Defendant's first appearance.

  ____ Bond set at _____. Defendant ___ released _X_ held pending satisfaction of bond conditions.
  ____ Defendant advised of bond conditions set by the Court and signed the bond.
  ____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  _X_ (Additional) surety/ies to co-sign bond by 7/25/23 at 11:00 a.m.
  ____ After hearing, Court orders detention in custody.   ____ Leave to reopen granted

_X_ Temporary Order of Detention Issued. Bail Hearing set for 7/25/23 at 11:00 a.m.

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

_X_ Medical memo issued.

____ Defendant failed to appear, bench warrant issued.

____ Status conference set for _____ @ _____ before Judge _____

Other Rulings: Rule 5(f) Order entered.
Bond to be perfected on 7/25/23 at 11:00 a.m. Suretor to appear to co-sign the bond at that appearance. Temporary Order of Detention issued pending bail hearing on 7/25/23.
Preliminary hearing waived.
Order of Excludable Delay to be entered on 7/25/23.