UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

SU ZUQI,

              Defendant

-------------------------------------------------------X

**NOTICE OF APPEARANCE**

23 MJ 663

PLEASE TAKE NOTICE that having been duly admitted to practice in the Eastern District of New York, I, DEIRDRE D. von DORNUM, of the Federal Defenders of New York, Inc., do hereby represent the defendant, SU ZUQI, in the above captioned case.

DATED:    Brooklyn, New York
                December 5, 2023

                          /s/
                          **Deirdre D. von Dornum**
                          Federal Defenders of New York, Inc.
                          Eastern District of New York
                          One Pierrepont Plaza - 16th Floor
                          Brooklyn, New York 11201
                          (718) 330-1210
                          deirdre_vondornum@fd.org