# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

June 28, 2024

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: *United States v. Su Zuqi*
        Criminal Docket No. 23-MJ-663 (RML)

Dear Judge Cho:

    I write concerning the return of the cash bail that was posted in this case. On July 27, 2023, Your Honor held a bond hearing for Mr. Su and ordered him released on a consent bail package that included cash bail in the amount of $50,000. ECF No. 2. That cash bail was posted on July 31, 2023, and Mr. Su was ordered released the same day. ECF No. 9.

    After his release, Mr. Su was charged by information and his case was assigned to Judge Morrison. *See United States v. Su*, no. 24-cr-15 (NRM). He has since been sentenced and his case is now closed.

    Given that his case has concluded, Mr. Su now seeks the return of the cash bail posted on his behalf. A proposed order is attached. I have discussed this matter with AUSA Alex Solomon, and the government has no objection.

    Thank you for your consideration.

Respectfully submitted,

/s/ Jeffrey S. Dahlberg
Jeffrey S. Dahlberg
Counsel for Zuqi Su
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
718-407-7411
jeff_dahlberg@fd.org

cc:    AUSA Alex Solomon
        AUSA Gilbert Rein