UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED STATES OF AMERICA       :

                                          :          **ORDER FOR RETURN OF**
                                          :          **CASH BAIL**

   - v. -                              :

                                          :          23-mj-663 (RML)

SU ZUQI,                              :

          Defendant.      :
---------------------------------------------------X

Bail having been fixed by the Hon. James Cho in the above entitled action in the amount of $50,000, all of which was deposited in cash with the Clerk of Court on July 31, 2023, and the defendant having satisfied all conditions of his bail and this case having been closed,

It is hereby ORDERED that bail is hereby exonerated in this case, and it is FURTHER ORDERED that the Clerk of Court for the United States District Court, Eastern District of New York, release the entirety of the $50,000 to:

    Wong, Wong & Associates, P.C.
    40 Wall Street, 28th Floor
    New York, NY 10005
    Office: (212) 566-8080

Dated:      June 28, 2024
                Brooklyn, New York

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE