# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa  
*Executive Director*

Michelle A. Gelernt  
*Attorney-in-Charge*

January 24, 2025

The Honorable Peggy Kuo  
United States Magistrate Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

Re: *United States v. Su Zuqi*  
Criminal Docket No. 23-MJ-663 (RML)

Dear Judge Kuo:

     I write with an updated request, and updated proposed order, regarding the return of the cash bail that was posted in this case. As mentioned in my previous motion for the return of cash bail, *see* ECF No. 17, the Court held a bond hearing for Mr. Su on July 27, 2023 and ordered him released on a consent bail package that included cash bail in the amount of $50,000. Minute Entry dated July 27, 2023. That cash bail was posted on July 31, 2023, and Mr. Su was ordered released the same day. ECF No. 9.

     After his release, Mr. Su was charged by information and his case was assigned to Judge Morrison. *See United States v. Su*, no. 24-cr-15 (NRM). He has since been sentenced and his case is now closed. He was sentenced to time served and ninety days of supervised release, which he has since completed.

     Given that his case has concluded, Mr. Su now seeks the return of the cash bail posted on his behalf. A proposed order is attached. I have discussed this matter with AUSA Alex Solomon, and the government has no objection.

     Thank you for your consideration.

Respectfully submitted,

/s/ Jeffrey S. Dahlberg  
Jeffrey S. Dahlberg  
Counsel for Zuqi Su  
Federal Defenders of New York, Inc.  
One Pierrepont Plaza, 16th Floor  
Brooklyn, NY 11201  
718-407-7411  
jeff_dahlberg@fd.org

cc:    AUSA Alex Solomon

AUSA Gilbert Rein